# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL LEE WATSON, | ) |
| Petitioner, | ) |
| v. | ) No. 4:07CV368 CEJ |
| CITY OF ARNOLD, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Watson's motion to proceed in forma pauperis. The motion is hand-written and difficult to read. As a result, the Court will order petitioner to refile the motion on the Court-provided forms.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall forward to petitioner a copy of the Court's motion to proceed without prepayment of costs and affidavit in support thereof.

**IT IS FURTHER ORDERED** that Watson shall refile his motion to proceed without prepayment of costs and affidavit in support thereof, in legible print, **not later than March 26, 2006**.

**IT IS FURTHER ORDERED** that failure to comply with this Order shall result in the dismissal of this case without prejudice.

Dated this 5th day of March, 2007.

                                                  CAROL E. JACKSON  
                                                  UNITED STATES DISTRICT JUDGE